**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6525

DAVID LYNN BELL,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:21-cv-00148-GMG)

Submitted:  October 30, 2025                     Decided:  November 4, 2025

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Lynn Bell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Lynn Bell appeals the district court's order accepting the magistrate judge's recommendation and dismissing for lack of jurisdiction Bell's complaint filed under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Bell v. United States*, No. 3:21-cv-00148-GMG (N.D. W. Va. Apr. 1, 2024); *see Clendening v. United States*, 19 F.4th 421, 432, 434-36 (4th Cir. 2021) (discussing discretionary function exception).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*